# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MASON BURBANK,

    Plaintiff,

v.

WILLIAM KIRKCONNELL, et al.;

    Defendants.

CIVIL ACTION NO.: 4:18-cv-294

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 15, 2019 Report and Recommendation, (doc. 14), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation finding that plaintiff's claims for excessive force, intentional infliction of emotional distress, and defamation should be dismissed. Because no claims remain, plaintiff's Third Amended Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 21st day of June, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA