# United States District Court
## Southern District of Georgia

MASON BURBANK,

Plaintiff,

v.

WILLIAM KIRKCONNELL, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-294

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 21, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge finding that plaintiff's claims for excessive force, intentional infliction of emotional distress, and defamation should be dismissed, Plaintiff's Third Amended Complaint is Dismissed. This case stands closed.

Approved by: _____

July 2, 2019
Date

Scott L. Poff
Clerk

_James R. Burell_
(By) Deputy Clerk